the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Van B. Wake* for petitioner. *Mr. Malcolm K. Whyte* for respondent. *Solicitor General Fahy, Messrs. J. Edward Williams, Chester T. Lane* and *Roger P. Marquis* filed a memorandum for the United States, as *amicus curiae.*

No. 1303. ELINE'S, INC. *v.* LAKESIDE LABORATORIES, INC. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Van B. Wake* for petitioner. *Mr. Malcolm K. Whyte* for respondent. *Solicitor General Fahy, Messrs. J. Edward Williams, Chester T. Lane* and *Roger P. Marquis* filed a memorandum for the United States, as *amicus curiae.*

No. 1306. HUMBLE OIL & REFINING Co. *v.* EIGHTH REGIONAL WAR LABOR BOARD ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Rex G. Baker* and *John H. Crooker* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Paul A. Sweeney* and *Abraham J. Harris* for respondents.

No. 1312. JOHN A. WATHEN DISTILLERY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert N. Miller, Homer Hendricks* and *John E. Tarrant* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Chester T. Lane, Robert N. Anderson* and *Mrs. Muriel S. Paul* for respondent.